JOHN C. LEAVIS, petitioner. October 21, 1981. 1. Leavis, committed to the treatment center at M.C.I. Bridgewater, as a sexually dangerous person (SDP), was denied relief in the Superior Court under G. L. c. 123A, § 9. The oral and documentary evidence from psychiatric expert witnesses was conflicting in various respects. Nevertheless, the trial judge had before him substantial expert evidence from which he could properly find beyond a reasonable doubt (see *Commonwealth* v. *Walsh,* 376 Mass. 53, 55 [1978]) that Leavis remained an SDP although his treatment was making progress.

2. The recommendation of the Department of Mental Health (the department) was that relief be denied. The evidence of that recommendation essentially was confined to a statement of the department's recommendation, without any attempt by the department's representative to provide hearsay testimony of the type found objectionable in *Davis, petitioner,* 8 Mass. App. Ct. 732, 734-735 (1979).

3. The denial of the petition for discharge (under G. L. c. 123A, § 9) is affirmed.

*So ordered.*

*Lynn Weissberg* for the petitioner.
*Linda G. Katz,* Assistant Attorney General, for the Commonwealth.

COMMONWEALTH *vs.* DANIEL CASSISTA. October 29, 1981. There was no error in the defendant's trial on a complaint charging him with assault and battery. G. L. c. 265, § 13A. 1. The defendant's claims that it was error to refuse to allow his boxing instructor to testify (a) that he taught his pupils to refrain from drinking alcohol and engaging in street fights and (b) that the defendant was a diligent pupil are devoid of merit. See *Commonwealth* v. *Rivet,* 205 Mass. 464, 466 (1910). *Brennan* v. *Bongiorno,* 304 Mass. 476, 477 (1939). See also Rule 406 of the Proposed Massachusetts Rules of Evidence (1980). 2. Similarly without substance is the defendant's claim that the photographs of the victim were so lacking in relevance as to be inadmissible in evidence. *Commonwealth* v. *Richmond,* 371 Mass. 563, 564 (1976). *Commonwealth* v. *Bastarache,* 382 Mass. 86, 105-106 (1980).

*Judgment affirmed.*

*Richard Berman* for the defendant.
*John Gillen,* Assistant District Attorney, for the Commonwealth.